UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Civil No. 17-11731

vs.                                          Hon: Nancy G. Edmunds

2014 MASERATI GHIBLI
VIN: ZAM57RTA7E1087449, *et al.,*

        Defendants *in rem*.
_____/

## NOTICE OF DISMISSAL OF CASE

    Plaintiff, the United States of America, by and through its attorneys, Daniel L. Lemisch, Acting United States Attorney, and Paul A. Kuebler, Assistant United States Attorney, files this Notice of Dismissal of Case pursuant to Federal Rule of Civil Procedure 41(a).

    1.    On June 1, 2017, the United States filed a Complaint for Forfeiture against the identified Defendants *in rem* (Docket #1).

    2.    Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.   Fed.R.Civ.P. 41(a)(1)(A)(i).

    3.    To date, no one has filed a claim, answer, or other responsive

pleading, or motion in this action.

4. For the foregoing reasons, the United States requests to dismiss this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

>Respectfully submitted,
>
>DANIEL L. LEMISCH
>Acting United States Attorney
>
>/s/PAUL A. KUEBLER
>Assistant United States Attorney
>211 W. Fort Street, Suite 2001
>Detroit, Michigan 48226
>(313) 226-9641
>Paul.kuebler@usdoj.gov
>(NY Bar No. 4268561)

Dated: August 8, 2017